B088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 22-121 |
| ) | (18 U.S.C. §§ 1791(a)(1), (a)(2), and (b)(2)) |
| v. ) | |
| ) | |
| OMARI PATTON ) | |
| DASHAWN BURLEY ) | |

FILED
MAY -3 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**INDICTMENT**

**COUNT ONE**

The grand jury charges:

On or about September 19, 2018, in the Western District of Pennsylvania and elsewhere, the defendants, OMARI PATTON and DASHAWN BURLEY, attempted to provide a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance, to Shamar Banks, who was at that time an inmate of a federal prison and who is not a defendant herein, in violation of a statute, a rule, and an order issued under a statute.

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(2).

## COUNT TWO

The grand jury further charges:

On or about October 2, 2018, in the Western District of Pennsylvania and elsewhere, the defendants, OMARI PATTON and DASHAWN BURLEY, attempted to provide a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance, to Shamar Banks, who was at that time an inmate of a federal prison and who is not a defendant herein, in violation of a statute, a rule, and an order issued under a statute.

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(2).

## COUNT THREE

The grand jury further charges:

On or about September 19, 2018, in the Western District of Pennsylvania and elsewhere, defendant DASHAWN BURLEY attempted to provide a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance, to Omari Patton, who was at that time an inmate of a federal prison and who is not a defendant in this count, in violation of a statute, a rule, and an order issued under a statute.

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(2).

## COUNT FOUR

The grand jury further charges:

On or about September 27, 2018, in the Western District of Pennsylvania and elsewhere, defendant DASHAWN BURLEY attempted to provide a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance, to Omari Patton, who was at that time an inmate of a federal prison and who is not a defendant in this count, in violation of a statute, a rule, and an order issued under a statute.

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(2).

## **COUNT FIVE**

The grand jury further charges:

On or about September 28, 2018, in the Western District of Pennsylvania and elsewhere, defendant DASHAWN BURLEY attempted to provide a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance, to Omari Patton, who was at that time an inmate of a federal prison and who is not a defendant in this count, in violation of a statute, a rule, and an order issued under a statute.

In violation of Title 18, United States Code, Sections 1791(a)(1) and 1791(b)(2).

## COUNT SIX

The grand jury further charges:

On or about September 19, 2018, in the Western District of Pennsylvania and elsewhere, defendant OMARI PATTON, who was at that time an inmate of a federal prison, attempted to obtain a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(2).

## **COUNT SEVEN**

The grand jury further charges:

On or about September 27, 2018, in the Western District of Pennsylvania and elsewhere, defendant OMARI PATTON, who was at that time an inmate of a federal prison, attempted to obtain a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(2).

## COUNT EIGHT

The grand jury further charges:

On or about September 28, 2018, in the Western District of Pennsylvania and elsewhere, defendant OMARI PATTON, who was at that time an inmate of a federal prison, attempted to obtain a prohibited object, that is, a synthetic cannabinoid Schedule I controlled substance.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(2).

A True Bill,

_____
Foreperson

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227


s/Craig W. Haller
_____
CRAIG W. HALLER
Assistant U.S. Attorney
PA ID No. 87714