# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:22-cr-121 |
| Plaintiff, ) | |
| ) | **MOTION TO WITHDRAW AS** |
| v. ) | **COUNSEL** |
| ) | |
| OMARI PATTON, ) | |
| ) | |
| Defendant. ) | |

COMES NOW, undersigned counsel, Meagan F. Temple, Esq. and files the following Motion to Withdraw as Counsel. In support thereof, counsel states the following:

1. Undersigned counsel undertook to represent the defendant, Omari Patton, for his sentencing case.

2. This representation was done on a *pro bono* basis.

3. Undersigned counsel entered her appearance on February 22, 2023 and represented Mr. Patton through all proceedings related to his sentencing, as well as a Motion for Bond and detention hearing related thereto.

4. Mr. Patton was sentenced on June 15, 2023.

5. At the conclusion of his sentencing, Mr. Patton gave the Court his notice of intent to appeal.

6. At that time, counsel for Mr. Patton informed the Court that the Notice should be prepared and filed *in formal pauperis*, as the representation had been on a *pro bono* basis and counsel, at this time, would not be handling Mr. Patton's appeal.

7.      The Court acknowledged counsel's representation and later filed the Notice of Appeal at ECF 2:22-cr-121, Doc. 182.

8.      In addition to the conclusion of the sentencing case marking the end of the agreed upon *pro bono* representation, Mr. Patton will likely need and qualify for court-appointed counsel to handle his appeal.  Counsel seeks permission to withdraw from representing Mr. Patton at 2:22-cr-121 so as to avoid any future confusion over his ability to retain counsel, as well as any perception that Mr. Patton is represented by retained counsel.

WHEREFORE the defense respectfully request the Court GRANT counsel's Motion to Withdraw as Counsel.

Respectfully submitted,

_____
Meagan F. Temple, Esq.
PA ID #92084

250 Mt. Lebanon Blvd.
Suite 207
Pittsburgh, PA  15234
Tel.:  (412) 571-6206
Fax:  (412) 571-6209
Email:  mtemple@temple-frayer.com